FILED
00 MAY 11 A:??
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HANGER PROSTHETICS AND ORTHOTICS, INC., ) ) ) Plaintiff, ) ) v. ) ELLIS FREEMAN and ORTHOTICS ) CENTER OF WEST ALABAMA, ) ) Defendants. ) | CIVIL ACTION NO. 99-N-1652-W |

ENTERED
MAY 11 2000

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion to dismiss is due to be denied. An appropriate order will be entered.

DONE, this 9th day of May, 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

31